# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER DORN BALDWIN, | Case No. 2:17-cv-00807-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| MICHAEL Y. HABTE, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' discovery plan. Docket No. 26. A hearing is hereby **SET** on the discovery plan for 2:00 p.m. on June 1, 2017, in Courtroom 3A.

IT IS SO ORDERED.

DATED: May 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge