# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER DORN BALDWIN, | |
| Plaintiff(s), | Case No. 2:17-cv-00807-RFB-NJK |
| vs. | ORDER |
| GEICO GENERAL INSURANCE COMPANY, et al., | |
| Defendant(s). | |

In accordance with the agreement of the parties, Docket No. 32 at 2, the Court hereby CONTINUES the stay of discovery on the extra-contractual claims until the earlier of either November 15, 2017, or the resolution of GEICO's dispositive motions.

IT IS SO ORDERED.

DATED: August 14, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge