# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER DORN BALDWIN, | Case No. 2:17-cv-00807-RFB-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| GEICO GENERAL INSURANCE COMPANY, et al., | (Docket No. 37) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to compel. Docket No. 37. The "argument" presented consists primarily of a block quotation of Rule 26, brief discussion of an insurer's duty of good faith, and copying-and-pasting the discovery and objections thereto. Docket No. 37 at 6-14. Discovery disputes are not immune from the basic requirement that parties meaningfully develop their arguments. *See, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013). Identifying discovery objections and asserting without elaboration that they "are frivolous and without merit," *see* Docket No. 37 at 12, is woefully insufficient to permit judicial review. Accordingly, the motion to compel is **DENIED** without prejudice. Any renewed motion must present specific, developed argument separately for each disputed discovery request addressing each objection.

IT IS SO ORDERED.

DATED: October 2, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge